<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1269**

———————

In Re: JAMES MICHAEL PIERSON,

Debtor.

———————————

THOMAS H. MCCORKLE; JANE ANN MCCORKLE; J. C.
MCCORKLE,

Plaintiffs - Appellants,

versus

JAMES MICHAEL PIERSON,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. Elizabeth V. Hallanan,
Senior District Judge. (CA-00-437, BK-93-20367, AP-99-36)

———————

Submitted: April 27, 2001          Decided: May 4, 2001

———————

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Thomas H. McCorkle, Jane Ann McCorkle, J. C. McCorkle, Appellants
Pro Se. Gregory Howard Schillace, MCNEER, HIGHLAND, MCMUNN &
VARNER, L.C., Clarksburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas H. McCorkle, Jane Ann McCorkle, and J. C. McCorkle appeal the district court's order affirming the bankruptcy court's order dismissing their complaint for failure to effect service of process as required by Fed. R. Bankr. 7004; Fed. R. Civ. P. 4(m). Our review of the record and the opinions below discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. McCorkle v. Pierson, Nos. CA-00-437; BK-93-20367; AP-99-36 (S.D.W. Va. Sept. 13, 2000). The Appellants have filed a Motion for Order Permitting Reply Brief. Because they have not proffered the reply brief, and because the allegations in the motion do not warrant relief, we deny the motion. See 4th Cir. R. 28(b). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2